In the Matter of the Application of Frank Davidson for a Writ of Certiorari.— Motion denied, without costs, on the authority of *Lackner* v. *American Clothing Co.* (112 App. Div. 438). Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of Carlos De Alvandros for Admission to the Bar.— Application denied. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of Parker Ross Freeman for Admission to the Bar.— Application granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of R. L. Robertson for Admission to the Bar. — Application granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of Joseph F. Rutherford for Admission to the Bar.— Application granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Christian Koch and Others, Respondents, v. Sali Rubin and Another, Defendants, Impleaded with Carl Weinberg, Appellant.— Motion granted, with ten dollars costs, unless the appellant places the cause on the present calendar and proceeds with the argument when the case is reached. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

George Kozak, Appellant, v. The Erie Railroad Company, Respondent.— Motion to resettle order denied, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Harry Levin, Appellant, v. The Nassau Electric Railroad Company, Respondent.— Motion denied, with costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

James A. McKinley, Respondent, v. Susan Hessen, Appellant.— Motion denied, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Albert Martinez, Respondent, v. Film Import and Trading Company, Appellant.— Motion to dismiss appeal from the order made and entered on August 31, 1909, granted, with ten dollars costs. Motion to dismiss appeal from judgment denied. If the proposed case on appeal appears somewhat confused, it is because the proceedings on the trial seem to be of similar character. We think the trial justice should proceed to settle the case on appeal. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Edward J. O'Connor, Appellant, v. The City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company, Appellant, v. James Gourley and Others, Assessors of the Village of Haverstraw, Rockland County, N. Y., and Henry F. Dorl, Clerk of Said Village, Respondents.— Motions denied, without costs. If application is made therefor, leave to appeal to the Court of Appeals will be granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Giuseppe Rapisarda, Respondent, v. Luigi Favata and Others, Appellants.— Motion to dismiss appeal granted, with costs, unless the appellants perfect their appeal, place the same upon the next calendar of this court and be ready for argument when reached. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.